In the Matter of HUDSON-HARLEM VALLEY TITLE AND MORTGAGE COMPANY, Appellant, against WILLIAM R. WHITE, as Superintendent of Banks of the State of New York, et al., Respondents.

Submitted November 29, 1937; decided December 7, 1937.

*A. Donald MacKinnon* for motion.

*James F. Donnelly* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.